# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>    Defendants. | Case No. 23-cv-00612-BLF<br><br>**ORDER STRIKING PETITIONER'S TRAVERSE FOR FAILURE TO COMPLY WITH STANDING ORDERS**<br><br>[Re: ECF No. 13] |

Petitioner has submitted a Traverse that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or case law. *See* Standing Order re Civil Cases § IV.F. The Traverse is hereby STRICKEN. Petitioner SHALL file a Corrected Traverse by no later than March 24, 2023.

The parties previously agreed that Respondents' Reply would be due on March 30, 2023. *See* ECF No. 11. The correction of the Traverse will not change the due date for Respondents' Reply.

**IT IS SO ORDERED.**

Dated: March 21, 2023

_____
BETH LABSON FREEMAN
United States District Judge