MARIEL VILLARREAL, SBN 317048
California Collaborative for Immigrant Justice
1999 Harrison St, Suite 1800
Oakland, CA 94612
T: (510) 860-2194
F: (510) 840-0046
Email: mariel@ccijustice.org

Attorney for Petitioner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. P., <br><br> Petitioner, <br><br> v. <br><br> MERRICK B. GARLAND, in his official capacity, Attorney General of the United States; ALEJANDRO MAYORKAS, in his official capacity, Secretary of the Department of Homeland Security; TAE JOHNSON, in his official capacity, Acting Director for U.S. Immigration and Customs Enforcement; and MOISES BECERRA, in his official capacity, Director for the San Francisco ICE Field Office; <br><br> Respondents. | Case No. 5:23-cv-00612-BLF <br><br> IMMIGRATION HABEAS CASE <br><br> STIPULATION RE: VACATING DEADLINE FOR RESPONDENTS' SECOND REPLY AND [~~PROPOSED~~] ORDER |

Subject to the approval of the Court, the parties, by and through their undersigned counsel, hereby stipulate as follows:

1. Respondents did not file a Motion to Dismiss with their Return, submitted on March 10, 2023. Therefore, Respondents do not intend to file a Reply in support of a Motion to Dismiss by March 30, 2023, and the deadline to file may be vacated.
2. Petitioner and Respondents are willing to submit the habeas petition determination for decision on the papers filed to date, unless the Court determines a hearing is necessary.

Respectfully submitted,

Dated: March 22, 2023  /s/ Mariel Villarreal
California Collaborative for Immigrant Justice
Attorney for Petitioner

Dated: March 22, 2023  /s/ Andrew Mainardi (with permission)*
Assistant U.S. Attorney
Attorney for Respondents

*In compliance with Civil Local Rule 5-1(h)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

This court having considered the parties' stipulation, hereby ORDERS that the deadline originally set for Respondents' second reply is now vacated.

IT IS SO ORDERED.

Date: March 24, 2023

_____
U.S. District Judge Beth Labson Freeman

STIPULATION RE: VACATING DEADLINE FOR RESPONDENTS' SECOND REPLY  1
AND [PROPOSED] ORDER
Case No. 5:23-cv-00612-BLF