UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MAREZ GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>Defendants. | Case No. 23-cv-02732-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *J.P. v. Merrick Garland, et al*., Case No. 23-cv-00612-AMO.

**IT IS SO ORDERED.**

Dated: October 3, 2023

TRINA L. THOMPSON
United States District Judge